Giovanni Orantes – State Bar No. 190060
Luis A. Solorzano – State Bar No. 310278
ORANTES LAW FIRM
3435 Wilshire Blvd. – Suite 2920
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776

Attorney for Debtor and
Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BALDWIN PARK CONGREGATE HOME, INC.,<br><br>　　　　Debtor and Debtor-in-Possession. | Case No. 2:17-bk-13634-WB<br><br>Chapter 11 Proceeding<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER DISALLOWING CLAIM OF WEST EDGE HALO, INC. [PROOF OF CLAIM NO. 13]**<br><br>**HEARING DATE**<br>DATE:　　December 14, 2017<br>TIME:　　10:00 AM<br>PLACE:　　Crtrm. 1375<br>　　　　　255 E. Temple St.<br>　　　　　Los Angeles, CA 90012 |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

Notice of Hearing

1

**PLEASE TAKE NOTICE** that on December 14, 2017 at 10:00 a.m. before the Julia W. Brand, United States Bankruptcy Judge, in Courtroom 1375, of the United States Bankruptcy Court, located at 255 E. Temple St, Los Angeles, CA 90012, a hearing on Debtor's Motion For Order Order Disallowing Claim OF West Edge Halo, Inc., (the "Motion") will be held.

**IT IS FURTHER NOTICE** that any written opposition to the Motion must be filed with the court and served by November 30, 2017. Attached hereto as Exhibit "1", is a true and correct copy of the Motion.

Dated: 11/14/2017                               BY: /s/ Giovanni Orantes

                                                  Giovanni Orantes, Esq.
                                                  Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
The Orantes Law Firm, P.C. 3435 Wilshire Blvd., Ste. 2920, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER DISALLOWING CLAIM OF WEST EDGE HALO, INC. [PROOF OF CLAIM NO. 13]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/14/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Baruch C Cohen on behalf of Interested Party Courtesy NEF<br>bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com | Henry S David on behalf of Mediator Henry S. David<br>hdavid@davidfirm.com, 8163836420@filings.docketbird.com |
| Dare Law on behalf of U.S. Trustee United States Trustee (LA)<br>dare.law@usdoj.gov, Kenneth.g.lau@usdoj.gov,Alvin.mar@usdoj.gov,ron.maroko@usdoj.gov | Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)<br>alvin.mar@usdoj.gov |
| David W. Meadows on behalf of Creditor West Edge Halo, Inc., et al.<br>david@davidwmeadowslaw.com | David W. Meadows on behalf of Interested Party Courtesy NEF<br>david@davidwmeadowslaw.com |
| Kevin J. Moore on behalf of Creditor Luke V. McCarthy<br>Kmoore@kjmlaw.com, ddoitch@kjmlaw.com | Giovanni Orantes on behalf of Debtor Baldwin Park Congregate Home, Inc.<br>go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com |
| Giovanni Orantes on behalf of Defendant Baldwin Park Congregate Home, Inc. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com | Steven G Polard on behalf of Creditor Anthony Au<br>spolard@eisnerlaw.com, lewing@eisnerlaw.com |
| Steven G Polard on behalf of Creditor Cuong Do<br>spolard@eisnerlaw.com, lewing@eisnerlaw.com | Steven G Polard on behalf of Creditor Hung Nguyen<br>spolard@eisnerlaw.com, lewing@eisnerlaw.com |
| Steven G Polard on behalf of Plaintiff Cuong Do<br>spolard@eisnerlaw.com, lewing@eisnerlaw.com | Jolene Tanner on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE<br>jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov |
| Jolene Tanner on behalf of U.S. Trustee United States Trustee (LA)<br>jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov | United States Trustee (LA)<br>ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

Notice of Hearing on motion

**2. SERVED BY UNITED STATES MAIL:**
On <u>11/14/2017</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| United States Bankruptcy Court<br>Chambers of Hon. Judge Julia Brand<br>255 E. Temple Street, Suite 1382<br>Los Angeles, CA 90012 | West Edge Halo, Inc.<br>40 29th Street<br>San Francisco CA 94110<br><br>West Edge Halo, Inc.<br>c/o David Lonich, Esq.,<br>960 Doubles Drive, Suite 112<br>Santa Rosa, CA 95407 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/14/17 | Andrea M. Castro | /s/ |
| *Date* | *Printed Name* | *Signature* |